UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEREK BIGGS,<br>    Petitioner,<br><br>v.<br><br>KATHLEEN DENNEHY,<br>    Respondent. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-10503-JLT<br>)<br>)<br>)<br>) |

**NOTICE OF APPREARANCE**

Undersigned counsel hereby enters his appearance on behalf of Kathleen Dennehy, respondent in the above-titled action.

                        Respectfully submitted,

                        THOMAS F. REILLY
                        ATTORNEY GENERAL

                        /s/ David M. Lieber
                        David M. Lieber (BBO# 653841)
                        Assistant Attorney General
                        Criminal Bureau
                        One Ashburton Place
                        Boston, Massachusetts 02108
                        (617) 727-2200 ext.2827

                        ATTORNEYS FOR RESPONDENT

Dated: April 12, 2005