UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEREK BIGGS,<br>    Petitioner,<br><br>v.<br><br>KATHLEEN DENNEHY,<br>    Respondent. | Civil Action No. 05-10503-JLT |

## RESPONDENT'S MOTION TO DISMISS

Respondent, Kathleen Dennehy, moves that this petition for writ of habeas corpus be dismissed pursuant to 28 U.S.C. § 2254(b)(1)(A), because petitioner failed to exhaust the remedies available to him in the courts of Massachusetts before filing this petition.

For this reason, and for the reasons set forth in the accompanying Memorandum of Law in Support of Respondent's Motion to Dismiss, respondent respectfully requests that this petition be dismissed.

                                                                                    Respectfully submitted,

                                                                                  THOMAS F. REILLY
                                                                                   ATTORNEY GENERAL

                                                                                  /s/ David M. Lieber
                                                                                  David M. Lieber (BBO# 653841)
                                                                                  Assistant Attorney General
                                                                                  Criminal Bureau
                                                                                  One Ashburton Place
                                                                                  Boston, Massachusetts  02108
                                                                                 (617) 727-2200 ext.2827

                                                                                 ATTORNEYS FOR RESPONDENT

Dated:  April 12, 2005