UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
_____
                        )
DEREK BIGGS,            )
     Petitioner,       )
                        )
     v.                 )   CIVIL ACTION NO. 2005-10503-JLT
                        )
KATHLEEN M. DENNEHY,    )
     Respondent,       )
_____)
```

PETITIONER, DEREK BIGGS' MOTION FOR ENLARGMENT
OF TIME TO FILE REPLY/RESPONSE AND OTHER
ANCILLARY MOTIONS, PURSUANT TO RULE 6(b)(1),
FED.R.CIV.P., AS WELL AS LOCAL RULE(S) 7.1(B)(2)
AND 40.3(A), OF THE LOCAL RULES OF THE UNITED
STATES DISTRICT COURT FOR THE DISTRICT
OF MASSACHUSETTS

Now comes the Petitioner, Derek Biggs in the

above-entitled habeas corpus proceeding, who respectfully

moves this Honorable Court, pursuant to Rule 6(b)(1),

Federal Rules of Civil Procedure, as well as Local

ERule(s) 7.1(B)(2) and 40.3(A) for an enlargement

of time up and until May 27, 2005 to file Petitioner's

Response/Opposition and other ancillary motions

to Respondent's April 12, 2005 Motion to Dismiss

and Opposition to Petitioner's Request for Stay

of Habeas Corpus Proceedings.  As grounds for this

Motion the Petitioner states that: (1) the reply/response to the Respondent's Motion to Dismiss and Opposition to Petitioner's Request for Stay of Habeas Corpus Proceedings is due on April 26, 2005; (2) that this motion is being filed prior to the expiration of that deadline, pursuant to Local Rule 7.1(B)(2) of the Local Rules f the United States District Court for the District of Massachusetts(hereinafter "LocalRules"); (3) that due to circumstances beyond the Petitioner's control on April 20, 2005, the Petitioner underwent major surgery for his sinuses as well as other procedures on his nose; (4) that although the Petitioner knew that he was scheduled for the above-surgery, due to security considerations Petitioner was not informed of the date of the scheduled surgery; (5) that the Petitioner anticipates that he will be required to be hospitalized for several days and not more than one week to return from the hospital, but will not know until he returns; (6) that the Petitioner expects that it will take about one to two weeks to heal from this surgery, from information received from his surgeons; (7) that

-2-

such an enlargment is sought to heal from the suregry
and to address the Respondent's Motion to Dismiss
and Opposition to Petitioner's request for a Stay
of the Habeas Corpus Proceedings and also to address
the recent criteria of <u>Rhines v. Weber</u>, 125 S.Ct.
1528, 2005 WL 711587 (2005); (8) that this request
for enlargement of time is not being sought for
the purpose of delay, but due to circumstances beyond
the Petitioner's control; (9) that the Respondent
will not be prejudiced by the allowance of this
motion.

WHEREFORE, the Petitioner prays that this Honorable
Court allow the relief sought herein this motion
and allow him to an enlargement of time up and until
May 27, 2005 to file a response to Respondent's
Motion to Dismiss and Opposition to Petitioner's
request for a Stay of the Heabs Corpus Proceedings
and to file ancillary motions.

Respectfully submitted,

*Derek Biggs ss*
Derek Biggs, pro se
North Central Correctional Institution
500 Colony Road - P.O. Box 466
Gardner, MA. 01440

DATED: APRIL 22, 2005
       GARDNER, MA.

-3-

<u>CERTIFICATE OF SERVICE</u>

    I, Derek Biggs do hereby crtify that on this
22nd day of April, 2005, I served a true copy of
this document upon the Respondent, by mailing a
copy of the same, postage prepaid to Respondents
Attorney of Record, David M. Lieber, Esq. Assistant
Attorney General for the Commonwealth of Massachusetts,
Office of the Attorney General for the Commonwealth
of Massachusetts, Criminal Bureau, One Ashburton
Place, Boston, MA. 02108.

Derek Biggs, pro se
North Central Correctional Institution
500 Colony Road - P.O. Box 466
Gardner, MA. 01440