UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEREK BIGGS,<br>    Petitioner,<br><br>    v.<br><br>KATHLEEN M. DENNEHY, COMMISSIONER<br>FOR THE MASSACHUSETTS DEPARTMENT<br>OF CORRECTION FOR THE COMMONWEALTH<br>OF MASSACHUSETTS,<br>    Respondent, | CIVIL ACTION NO.<br>2005-CV-10503-JLT |

PETITIONER, DEREK BIGGS' EMERGENCY MOTION FOR
ENLARGEMENT OF TIME TO FILE MEMORANDUM OF LAW IN
OPPOSITION TO RESPONDENT'S MOTION TO DISMISS AND IN
SUPPORT OF PETITIONER'S REQUEST FOR STAY OF THE HABEAS
CORPUS PROCEEDINGS AND REQUEST FOR APPOINTMENT OF
COUNSEL, DUE TO INABILITY TO PHOTOCOPY MEMORANDUM OF
LAW, PURSUANT TO RULE 6(b)(1), FED.R.CIV.P., AS WELL
AS LOCAL RULE(S) 7.1(B)(2) AND 40.3(A), OF THE LOCAL
RULES OF THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

Now comes the Petitioner, Derek Biggs in the above-entitled action, who respectfully moves this Honorable Court for an emergency enlargement of time for a few days, not exceeding until July 29, 2005 to file Memorandum of Law in Opposition to Respondent's Motion to Dismiss and in Support of Petitioner's Request for a Stay of the Habeas Corpus Proceedings in this case and Request for the Appointment of Counsel, due to his present inability to photocopy, weigh and send

-1-

said Memorandum of Law, along with the rest of the Petitioner's pleadings. As grounds for this Motion, the Petitioner states that: (1) the last request for enlargement of time sought a final enlargement for July 22, 2005, due to circumstances beyond the Petitioner's control; (2) that at the time of the filing of this last request for enlargement of time, the Petitioner fully expected to complete, photocopy and send all pleadings to this Honorable Court in a timely manner; (3) that on July 19, 2005, the Petitioner did complete all pleadings to be filed with this Honorable Court, the last of which was etitioner's Opposition/Memorandum of Law; (4) that previously Petitioner had photocopied all pleadings and documents as they were completed, including all portions of the Opposition/Memorandum of Law which were completed and excluding the Petitioner's cover letter to this Honorable Court; (5) that on July 19, 2005, after the Petitioner had completed said Opposition/Memorandum of Law, he attempted to photocopy the final pages as well as the cover letter to this Honorable Court; (6) that the prison law library has been closed since July 18, 2005 and has not yet reopened as of the date of this filing of this final request for enlargement of time; (7) that

-2-

due to this, the Petitioner is unable to finish photocopying the remaining pages of the Opposition/Memorandum of Law, as well as the cover letter to this Honorable Court; (8) that all other papers, documents and pleadings are being filed with this Honorable Court, with this request fo enlargement of time; (9) that as soon as the Petitioner is able to photocopy, weigh and send the Memorandum of Law, he will do so and Petitioner fully expects to do so within the next few days of the filing of this request for enlargement; (10) that the Petitioner has absolutely no control over the opening and closing of the prison law library, notwithstanding the fact that he has filed numerous grievances and informal complaints about the repeated closings; (11) that due to the circumstances beyond the Petitioner's control, he reluctantly is forced to seek again an enlargement of time, notwithstanding the fact that he completed the leadings in a timely manner; (12) that the Respondent will not be prejudiced by this final enlargement of time, since the Respondent, who is personally aware of the numerous closings of the prison law library has utterly failed to correct this problem with Respondent's.

WHEREFORE, Petitioner prays that this Honorable Court allow the relief sought herein this motion and grant this final enlargement of time not to exceed July 29, 2005 to file the Petitioner's Opposition/Memorandum of Law, or as soon as it can be photocopied and sent.

                                Respectfully submitted,

                                *Derek Biggs*
                                Derek Biggs, pro se
                                North Central Correctional Institution
                                500 Colony Road - P.O. Box 466
                                Gardner, MA. 01440

DATED: JULY 20, 2005
       GARDNER, MA.

### CERTIFICATE OF SERVICE

    I, Derek Biggs do hereby certify under the pains and penalties of perjury this 20th day of July, 2005, that I served a true copy of this document upon the Respondent in this case, by mailing copies of the same, postage prepaid to Respondent's attorney of Record, David M. Lieber, Esq., Assistant Attorney General for the Commonwealth of Massachusetts, Criminal Bureau, One Ashburton Place, Boston, MA. 02108.

                                *Derek Biggs*
                                Derek Biggs, pro se