UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
_____
                                    )
DEREK BIGGS,                        )
     Petitioner,                    )
                                    )
     v.                             )   CIVIL ACTION NO.
                                    )   2005-CV-10503-JLT
KATHLEEN M. DENNEHY, COMMISSIONER   )
FOR THE MASSACHUSETTS DEPARTMENT    )
OF CORRECTION FOR THE COMMONWEALTH  )
OF MASSACHUSETTS,                   )
     Respondent,                    )
_____)
```

PETITIONER, DEREK BIGGS' MOTION FOR THE
APPOINTMENT OF COUNSEL, PURSUANT TO
18 U.S.C. § 3006A(a)(2)(B)

Now comes the Petitioner, Derek Biggs in the above-entitled habeas corpus proceeding under 28 U.S.C. § 2254, who respectfully moves this Honorable Court, pursuant to 18 U.S.C. § 3006A(a)(2)(B) to appoint counsel to represent him in these habeas corpus proceedings on the grounds that it would be in the interest of justice and due process so requires for this Honorable Court to exercise its discretion. The further grounds of this Motion are set forth more fully in the attached Annexed Affidavit of the Petitioner and the Memorandum of Law submitted therewith, which are all hereby made part of this motion and which

-1-

incorporated by reference herein.

WHEREFORE, the Petitioner prays that this Honorable Court allow the relief sought herein this motion and appoint counsel to represent the Petitioner in these habeas corpus proceedings, in its discretion and where justice so requires.

Respectfully submitted,

Derek Biggs, pro se
North Central Correctional Institution
500 Colony Road - P.O. Box 466
Gardner, MA. 01440

DATED: JULY 19, 2005
       GARDNER, MA.

### CERTIFICATE OF SERVICE

I, Derek Biggs do hereby certify under the pains and penalties of perjury this 19th day of July, 2005, that I served a true copy of this document upon the Respondent, by mailing a copy of the same, postage prepaid to Respondent's attorney of record, David M. Lieber, Esq., Assistant Attorney General for the Commonwealth for the Commonwealth of Massachusetts, at counsel's respective address at: Attorney General's Office, Criminal Bureau, One Ashburton Place, Boston, MA. 02108.

Derek Biggs, pro se