UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
                                    )
DEREK BIGGS,                        )
    Petitioner,                     )
                                    )
    v.                              )  CIVIL ACTION NO.
                                    )  2005-CV-10503-JLT
KATHLEEN M. DENNEHY, COMMISSIONER   )
FOR THE MASSACHUSETTS DEPARTMENT    )
OF CORRECTION FOR THE COMMONWEALTH  )
OF MASSACHUSETTS,                   )
    Respondent,                     )
                                    )
```

ANNEXED AFFIDAVIT OF THE PETITIONER, DEREK BIGGS
IN OPPOSITION TO RESPONDENT'S MOTION TO DISMISS AND
IN SUPPORT OF PETITIONER'S REQUEST FOR A STAY OF THE
HABEAS CORPUS PROCEEDINGS AND REQUEST FOR THE
APPOINTMENT OF COUNSEL

I, Derek Biggs, do hereby state as follows under

the pains and penalties of perjury the following:

1.    I am the Petitioner in the above-entitled

habeas corpus proceeding and make this Annexed Affidavit

in Opposition to the Respondent's Motion to Dismiss

and in support of my request to stay habeas corpus

proceedings in this case pending exhaustion of state

remedies in the state court and in support of my request

for the appointment of counsel to represent me in

this habeas corpus proceeding in this Honorable Court.

-1-

2. I make all the foregoing facts and allegations based upon my own personal knowledge and I am competent to testify to the below listed facts.

3. I hereby make part of this Annexed Affidavit each and every factual allegation as set forth herein my Opposition to Respondent's Motion to Dismiss and Request for Stay of Habeas Corpus Proceedings, and my Motion for the Appointment of Counsel, as well as my Memorandum of Law in Opposition of Respondent's Motion to Dismiss and in support of my Request for Stay of the Habeas Corpus Proceedings and Request for the Appointment of Counsel and hereby make them part of this Annexed Affidavit and incorporate them by reference herein.

4. That each document attached hereto this Annexed Affidavit is an authentic and true copy of the original which was sent or received by me.

5. On December 19, 1997, a Suffolk County Grand Jury returned seven indictments against me, which charged me with: one count of Kidnapping in violation of M.G.L. c. 265, § 26 on Indictmeng number 97-12179-001; three counts of rape in violation of M.G.L. c. 265, § 22(b) on Indictment numbers 97-12179-002, 97-12179-003 and 97-12179-004; and, three counts of aggravated rape in violation of M.G.L. c. 265, § 22(a) on Indictmeent numbers 97-12179-005, 97-12179-006, and 97-12179-007.

6.    Trial commenced on May 13, 1999, against me on the above-indictments by jury trial, Judge Christine McEvoy and after a week long jury trial on May 20, 1999, the jury found me guilty of kidnapping (M.G.L. c. 265, § 26) on Indictment number 97-12179-001 and on two counts of aggravated rape (M.G.L. c. 265, § 22[a]), based upon unatural and natural intercourse respectively on Indictment numbers 97-12179-006 and 97-12179-007. The jury acquitted me of the third count of aggravated rape (M.G.L. c. 265, § 22[a]), based upon natural sexual intercourse on Indictment number 97-12179-005. Also, the three counts of rape (M.G.L. c. 265, § 22[b]) on Indictment numbers 97-12179-002, 97-12179-003 and 97-12179-004 were dismissed on motion by the Commonwealth.

7.    On May 24, 1999, Judge McEvoy sentenced me to fifteen to twenty years at the Massachusetts Correctional Institution at Cedar Junction for one count of aggravated rape (M.G.L. c. 265, § 22[a]) on Indictment number 97-12179-007 and to ten years probation, to be served consecutively, after the previous

-3-

sentence, for the second aggravated rape (M.G.L. c. 265, § 22[a]) conviction on Indictment number 97-12179-006.    The kidnapping conviction (M.G.L. c. 265, § 26) on Indictment number 97-12179-001 was vacated by the Trial Judge, based upon merger grounds under Commonwealth v. Berry, 420 Mass. 95 (1995).

8.    Also, on May 24, 1999, I filed a timely Notice of Appeal, the case was docketed in the Massachusetts Appeals Court on December 8, 2000. My Appellate Counsel thereafter stayed my first direct appeal and thereafter filed a motion for a new trial and a motion to correct the record to include matters not made part of the trial record, an affidavit of Appellate Counsel in support and a memorandum of law in support of the motion for a new trial on April 17, 2001.

9.    On July 11, 2001, the Commonwealth filed an opposition to my motion for a new trial and thereafter on July 20, 2001, my Appellate Counsel filed a reply to the Commonwealth's opposition to my motion for a new trial.

-4-

10.   On January 11, 2002, my Appellate Counsel
and myself attended a non-evidentiary hearing at the
Middlesex Superior Court Department for the purpose
of arguing my motion for a new trial, Judge McEvoy,
presiding.   After the new trial non-evidentiary was
held, I withdrew certain issues from my new trial
motion, after consultation with my Appellate Attorney
on January 30, 2002.

11.   on February 8, 2002, the Trial Judge, McEvoy,
J. denied my motion for a new trial, denied my request
to expand the record and allowed my motion to withdraw
certain issues from my motion for a new trial.

12.   On March 5, 2002, my Appellate Attorney
filed a timely Notice of Appeal, the record was transmitted
to the Massachusetts Appeals Court on March 12, 2002
and my case was entered in the Massachusetts Appeals
Court on March 13, 2002.   Thereafter, my first direct
appeal and the denial of my motion for a new trial
were consolidated in the Massachusetts Appeals Court.

13.   On October 20, 2003, the judgments of my
conviction(s) were affirmed, as well as the denial
of my motion for a new trial were affirmed by the

-5-

Massachusetts Appeals Court in an unpublished decision under Rule 1:28 of the Massachusetts Appeals Court Rules. See, Commonwealth v. Derek Biggs, 59 Mass. App. Ct. 1107, 2003 Mass.App. LEXIS 1116 (October 20, 2003).

14. My Appellate Attorney thereafter filed an Application for Further Appellate Review in the Supreme Judicial Court for the Commonwealth of Massachusetts, which application was denied on December 23, 2003. See, Commonwealth v. Derek Biggs, 440 Mass. 1103, 2003 Mass. LEXIS 931 (December 23, 2003).

15. My Appellate Attorney thereafter requested the Committee for Public Counsel Services to represent me for further review, including representation for the filing of a habeas corpus petition, but the Committee for Public Counsel Services denied the request.

16. Since that time, I have been actively seeking assistance from numerous attorneys for the purpose of representing me in any post-conviction proceedings, including but not limited to representing me on a petition for a writ of habeas corpus in federal court,

as well as any possible post-conviction proceedings
in the Massachusetts Court system, copies of some
of the letters sent (there are too many letters to
attach to this affidavit), are attached hereto as
Exhibit 1 and the correspondence received denying
my requests for representation are attached hereto
as Exhibit 2, which are all hereby made part of this
affidavit and are incorporated by reference herein.

17.   After not being able to secure representation,
I spoke to another inmate, who is a paralegal, who
reviewed my transcripts and documents to my case,
performed research to isolate legal issues which are
meritorious and which are outlined more fully in
my Petition for Habeas Corpus, Supplemental Pages
Six through Twelve, Grounds 12(I): Ground Nine through
Ground 12(N): Ground Fourteen.

18.   That once these issues were isolated I had
contacted Attorney David Nathanson who is an attorney
at the Committee for Public Counsel Services, Boston,
MA. and has agreed to review my issues for the possible
second motion for a new trial.   However, until such
time as I was able to isolate any issues, Attorney

-7-

Nathanson could not assist me in obtaining counsel.

19.   I have never before filed any motion in court on my own without the assistance from someone else and am unlearned in the law.   Had the inmate who is assisting me not done so and drafted my habeas corpus petition and performed the legal research to isolate the legal issues isolated, I would have been unable to file my habeas corpus petition.   Further, although I have attempted to learn the law, I do not have enough knowledge as of yet to file documents in my behalf.

20.   However, the person who has assisted me thus far, would not be able to assist me further than assisting me in filing this habeas corpus petition, the drafting of certain initial pleadings and assisting me in obtaining counsel to represent me on a second motion fr a new trial.

21.   That due to the limited time remaing for the filing of my habeas corpus petition, the fact that I must return to the state court to exhaust my state remedies on certain issues contained within my habeas corpus petition, I am respectfully requesting

-8-

that this Honorable Court stay the habeas corpus proceedings in this case, while I diligently return to the state court to exhaust certain issues.

22. That without this stay of the habeas corpus proceedings, I am in danger of having my habeas petition dismissed as a mixed petition and being time barred after returning to the state court to exhaust certain unexhausted issues within my habeas corpus petition.

23. That if this Honorable Court grants my request for a stay of the habeas corpus proceedings, I will file status reports with this Honorable Court keeping this court informed of the progress of my secoond motion for a new trial in the state court system.

24. Also, due to the fact that I am presently without counsel to assist me in these habeas corpus proceedings and have attempted to obtain counsel to assist me, as outlined in paragraph 16 of this affidavit and shown by the exhibits attached thereto, which are hereby realleged, reaffirmed and incorporated by reference herein, I would respectfully request that this Honorable Court appoint counsel to represent in this heabeas corpus proceeding.

-9-

25.   I am requesting the appointment of counsel
within these habeas corpus proceedings primarily due to
the fact that as stated previously I am unable to
proceed with this habeas corpus proceeding on my own,
that anything could hapen to the other inmate who
is assisting me at present, as the setting in a correctional
institution is not stable and transfers routinely
occur, as well as other problems, which arise in a
correctional setting and therefore I would be in the
middle of this litigation and could not proceed further
based upon circumstances beyond my control.

26.   That this motion for a stay of the habeas
corpus proceedings in this case and my request for
the appointment of counsel is not being sought for
the purpose of delay, as it is a requirement that
I return to the state court to exhaust my available
state court remedies and that I would benefit by the
appointment of counsel to proceed with this habeas
corpus proceeding.

27.   At present I do not have an institutional
work assigment and do not currently have funds to
hire an attorney on my own, although I do have money
in both my institutional personal and savings account
and am solely dependent on funds from my father who

-10-

sends me funds approximately every seven weeks. However, the combined total would not allow me to hire an attorney at the current costs of representation.

28.   Therefore, I pray that this Honorable Court deny the Respondent's Motion to Dismiss, allow my request for a stay of the heabeas corpus proceedings so that I may return to state court to exhaust my available state court remedies and not be subject to the statute of limitations bar and to also allow my request for the appointment of counsel to represent me in this habeas corpus proceeding.

Signed under the pains and penalties of perjury this 19th day of July, 2005.

> Derek Biggs, pro se
> North Central Correctional Institution
> 500 Colony Road - P.O. Box 466
> Gardner, MA. 01440

## CERTIFICATE OF SERVICE

I, Derek Biggs do hereby certify under the pains and penalties of perjury this 19th day of July, 2005, that I served a true copy of this document upon the Respondent, by mailing a copy of the same, postage prepaid to Respondent's counsel of record, David M. Lieber, Esq., Assistant Attorney General for the Commonwealth of Massachusetts at counsel's respective address at: Attorney General's Office, Criminal Bureau, One Ashburton Place, Boston, MA. 02108.

Derek Biggs, pro se

-11-

Exhibit 1

Masjid Al-Nour, Imam Abdul Badeen
28 Circuit Street
Roxbury, Mass 02119

November 10, 2003

HOLY QURAN: 13:28:..."Verily in the
rememberance of ALLAH do hearts find rest."

RE: ASSISTANCE

Dear Brother Imam and respected brothers and sisters:

My name is Derek Biggs.  I am presently confined at Gar-
dner State Prison.  I am serving a 15-20 sentence; I was ar-
rested and incarcerated on or about November 16, 1997.  Just re-
cently, my criminal convictions were affrimed (on or bout Octo-
ber 20, 2003).

On November 6, 2003, my attorney has filed for further ap-
pealate review application.  The SJC appears to be very con-
servative in their making of decisions and customarily follows
the  Appeal court decisions.  The SJC usually either grants or
deny your appliacation within 30-60 days at which time a state
prisoner [has] to file...habeas corpus petition on which...
conviction becomes final.

I was hoping (Insha'Allah) by contacting the community we
could establish a platform of faith related diallogue as well as
perhaps by bulletin or announcement I may recieve (Insha'Allah)
by generosity (sadaqah) of a brother or sister (through her wali)
versed in law direction, advise and assistance by flaging my
transcripts and reading the briefs.  I feel myself and my at-
torney may have overlooked a viable issue.  And, once the SJC
has made its decision you no longer have an attorney and must
lobby the CPCS for funds.  And, by the way, brother Imam par-
don me for approaching the Masjid in this manner and note that
I wont waste anyones valued time, don't expect visits or dona-
tions and will pay for my postage to the Masjids as well as do
research.

Thank you for your help.

RAMADAN MUBARAK!

Exhibit 1

Masjid Al- Nour, Imam Badeen
From: Derek Biggs
RE: LEGAL ASSISTANCE
DATE: NOVEMBER 10, 2003

Very Truly Yours,

_____

Derek Biggs
PO BOX 466
Gardner, Mass 01440

Exhibit 1

Attorney Bradford Ali ESQ
36 Concord Street
Boston, Mass 02118

November 13, 2003

RE: LEGAL ASSISTANCE

Dear Bradford Ali, ESQ:

My name is Derek Biggs. I am presently confined at Gardner
State Prison. I am serving a 15-20 year sentence. I was arrest-
ed on or about November 16, 1997. Just recently, my criminal
convictions were affirmed. See. October 27, 2003 Lawyers Weekly.

On or about November 6, 2003, my attorney filed for further
appealate review. As you know, the SJC is very conservative in
their decisions and customarily follows the Appeals Court. I
then have too petition CPCS for for funds and a attorney. I am
contacting your office because I could use help re-flagging my
trial transcripts.

I feel myself and my attorney may have overlooked a viable
issue (s). Because, I am indigent I'm writing Lawyers, Law-
firms, Law schools and agencies with hope someone may invest a
few hours in my case-express their legal position for my current
situation or may even take my case on Pro-Bono. Sir, I was stun-
ned with the Appeal Court decision and especially how quickly it
came down (5 weeks); and, I don't want to give up fighting for a
New Trial. Sir if you are unable to lend assistance (i.e. in-
term law student, Paralegal ect.) would you point me in the right
direction (i.e. attorney w/staff, Law school or agency). Gen-
inely. I t a u s the help and, I won't waste your (valued) time,
expect a visit or to call your office or paid postage.

Thank you for your help.

Respectfully Yours,

Derek Biggs
PO BOX 466
Gardner, Mass 01440

Exhibit 1

Mr. Quesiyah Ali, Attorney at Law
1350 Plum Tree Rd.
Springfield, Mass 01119

November 13, 2003

RE LEGAL ASSISTANCE

Dear Attorney Ali:

My name is Derek Biggs.  I am presently confined at Gardner
State Prison.  I am serving a 15-20 year sentence.  I was arrest-
ed on or about November 16, 1997.  Just recently, my criminal
convictions were affirmed.  See. October 27, 2003 Lawyers Week-
ly.

On or about November 6, 2003, my attorney filed for further
appealate review.  As you know, the SJC is very conservative in
their decisions and customarily follows the Appeals Court.   I
then have too petition CPCS for funds and a attorney.  I am con-
tacting your office becuase I could use help re-flaging my trial
transcripts.

I feel myself and my attorney may have overlooked a viable
issue (s).  Becuase, I am indegent I'm writing lawyers, law firms
law schools and agencies with hope someone may invest a few hours
in my case-express their legal opinion for my current situation,
even take on Pro-Bono.  Sir, I was stunned with the Appeal Court
decision and especially how quickly it came down (5 weeks); and,
I don't want to give up fighting for a New Trial.  Sir, if you
are unable to lend assistance (i.e. interm law student, Para-
legal ect...) would you point me in the right direction (i.e.
attorney w/staff, law school or agency).  Genuinely, I can use
the help and, I won't waste your (valued) time, expect a visit,
expect to call you or for paid postage.

Thank you for your help.

Respectfully Yours,

_____

Derek Biggs
PO BOX 466
Gardner, Mass 01440

ramadan mubarak1

Exhibit 1   .

Mr. Ali Shahla ESQ
Brainerd Road
ALLston, Mass 02134

November 16, 2003

RE: LEGAL ASSISTANCE

Dear Attorney Shahla:

My name is Derek Biggs.  I am presently confined at Gardner
State Prison.  I am serving a 15-20 year sentence.  I was arrest-
ed on or about November 16, 1997.  Just recently, my criminal
convictions were affirmed.  See. October 27, 2003 Lawyers Week-
ly.

On or about November 6, 2003, my attorney filed for further Ap-
pealate Reviw.  As you know, the SJC is very conservative in
their decision and customarily follows the Appeals Court.   I
then have too petition CPCS for funds and a attorney.  I am con-
tacting your office because I could use help re-flaging my trial
transcript.

I feel myself and my attorney may have overlooked a viable is-
sue (s).  Because, I am indigent I'm writing Lawyers, Law firms,
Law schools and agencies with hope someone may invest a few
hours in my case-express their legal opinion for my current sit-
uation and consider taking it on Pro-Bono.  Sir, I was stunned
with the Appeal Court decision and especially how quickly it
came down (5 weeks); and, I don't want to give up fighting for
for a New Trial.  Sir, if you are not able to lend assistance (
i.e. intern law student or an availible Paralegal) would you
point me in the right direction.  Genuinely, I can use the help
and, I wont waste your time, expect a visit, expect too call you
or free postage.

Thank you for your help.

Respectfully Yours,

Derek Biggs
PO BOX 466
Gardner, Mass 01440
RAMADAN MUBARAK!!!

Exhibit 1

COMMITTEE FOR PUBLIC COUNSEL SERVICES
CRIMINAL APPEALS UNIT
MR. DAVID NATHANSON, STAFF ATTORNEY
44 BROMFIELD STREET
Boston, MA 02108

November 28, 2004

RE: Request For Counsel

Dear Mr. Nathanson:

This letter is regard to my letters for request of counsel forwarded to your office dated: October 27, 2004, and November 8, 2004 respectively. I would like to submit one more issue for your review; plus, provide the exhibit in which I failed to attach to my first letter submitted dated: October 27, 2004.

The exhibit I refer too attached with this letter is on page 2. issue #2. of letter dated: October 27, 2004, which states in part as follows: Prejudicial Comments by Prosecutor:"During my trial the Commonwealth-Prosecutor was repeatedly allowed to freely use the term rape." See. Highlighted Exhibit Numbered:"2-66".

The second issue I would light to supply is a "lighter" allowed into evidence without a foudation (i.e. testimony evidence or finger print evidence). See. Highlighted Transcript Pages: 274-276 of my trial transcript.

Finally, for your review is my letter dated: February 11, 2004, in regard to request for counsel. Sir, Sincerely I hope all the issues I have provided assist in your decision too provide me with counsel.

Enc.

Very Truly Yours,

/s/_____
Derek Biggs
PO Box 466
Gardner, Mass 01440

Exhibit 1

Wissam Ali Ahmad, Imam
305 Memorial Drive
Cambridge, Mass 02139

December 2, 2003

RE: LEGAL ASSISTANCE

HOLY QURAN 13:28
"...Verily, in the remembrance of  ALLAH do
hearts find rest..."

Dear Imam Ahmed (and respected brothers and sisters'):

My name is Derek Biggs (W#66551).  I am currently confined
at Gardner State Prison.  I am serving a 15-20 year sentence.  I
was arrested on or about November 16, 1997.  Just recently, my
criminal convictions were affirmed (by the Appeals Court).  See.
decision enclosed

On or about November 6, 2003, my attorney (assigned by CPCS)
filed for further Apealate review.  As you may know, the SJC is
conservative with their decisions and customarily follows suite
with the lower courts.  If, the courts denies my review my next
disposition is too petition the state (CPCS) for more funds.

I sense my attorney and I may have failed to notice a via-
ble issue (s); for the reason that I am indigent and, after some
consideration I concluded I need to seek help (cause, I can-
not be successful alone).  Thus, I am writing my Muslim Com-
munities, Lawyers', Law schools' and agencies associated with
the Criminal Justice system.  My ardent hope is someone may in-
vest time (read my transcripts) in my case or post it up for ex-
posure leading to some interest; I don't want too give up fight-
ing for a New Trial no matter how disheartening my situation.

Sir, I won't waste anyones valued time, I don't expect a
visit (from you), free postage or to call the Masjid.  Gen-
uinely, I can use the help or direction.

HOLY QURAN 29:45
"...And the remembering of ALLAH is greater in-
deed than your remembering of ALLah in prayer..."

Thank you for your help.

Respectfully Yours,
Derek Biggs

Exhibit 1

ISLAMIC AMERICAN UNIVERSITY
Dr. Salahuddin Soltan, President
17300 W 10 Mile Rd., Suite 200
Southfield, MI    48075

December 4, 2003

HOLY QURAN 13:28
"...Verily, in the remembrance of ALLAH do
hearts find rest..."

RE: LEGAL ASSISTANCE

As-Salamu 'Alaikum wa Rahmatuallah Brother Soltan:

My name Derek Biggs.  I am currently confined at Gardner
State Prison.  I am serving a 15-20 year sentence.  I was ar-
rested on or about November 16, 1997.  Just recently, my cri-
minal convictions were affirmed (by the Appeals Court).  See.
enclosed

On or about November 6, 2003, my attorney (assigned by CPCS)
filed for further Appealate review.  As you may know, the courts
have been conservative with their decisions and customarily fol-
lows suite with the lower courts; and if, the court denies my ap-
pliacation for further review my next step is too petition the
State (CPCS) for funding.

I sense my attorney and I may have failed to notice a via-
ble issue (s); for the reason that I am indigent and, after some
consideration I concluded I need to seek help.  Thus, I am writ-
ing my fellow Muslims, Lawyers', Law schools' and agencies as-
sociated withfreeing or providing a opportunity for a New Trial.
My ardent hope (Insha'ALLAH) is someone may invest time in my
case or post it up on a broad.  I don't want too give up bro-
ther, I do not really know how to articulate this situation in
a Quranic manner or with Hadith or in a un-selfish manner.

However, brother I do not want too waste your valued time
and respectfully ask sir if their is someone in the community
who is versed in the ways of the law could you possibly pass on
this missive-I won't waste their time, I am willing to do re-
search I just need someone to read my transcripts than direct
me (Insha'ALLAH).   'As-Salamu Alaikum Rahmatuallah wa Barakatu.

Sincerely Yours,

Derek Biggs
PO BOX 466
Gardner, Mass 01440-

Exhibit 1

Ms. Karen Huruitz, Professor/Attorney
SUFFOLK VOLUNTARY DEFENDERS
SUFFOLK UNIVERSITY LAE SCHOOL
120 Tremont Street
Boston, Mass 02108-4977

December 16, 2003

RE: LEGAL ASSISTANCE/RESEARCH

Dear Attorney Huruitz:

 My name is Derek Biggs. I am currently confined at Gardner State Prison. I
am serving a 15-20 year sentence with 15 years probation at the completion of
said sentence. I was arrested on or about November 16, 1997. Recently, my
criminal convictions were affirmed (by the Appeals Court). See. decision en-
closed.

On or about October 10, 2003, Oral Aguements were presented; on or about Nov-
ember 6, 2003, my attorney (assigned by CPCS) filed for further Appealate Re-
view. As you may already know, the SJC has been conservative with their de-
cisions and customarily follows suite with the lower Courts. When and if this
is the outcome I'll have to file my writ pro se' something of which I have not
done before.

I sense my attorney and I may have failed to notice a viable issue; for the
reason I am indigent and lack a abundance of resources I concluded that I need
ed to seek help (though out New Enland). I am not a trained litigant, nor
are their any classes concerning the law here at the insitution; hence, the
reason I am contacting your office is to respectfully request if you or your
student body would invest a critical eye to my trial transcript and briefs.

I wont waste your time nor their time both of which I consider of value. I am
willing to do the foot work (ie research and whatever else necessary to
help). Please, if your funtion is not my particular nature of assistance
can you point me in the right direction. Happy Holidays.

Very Truly Yours,

_____
Derek Biggs
PO BOX 466
Gardner, Mass 01440

Exhibit 1

ESSEX COUTY BAR ASSOCIATION ADVOCATES, Inc.
70 Washinton ST., Suite 106
Salem 01970-3524
EXEC. Dir/Supervising Atty.: Mr. David J. Hallinan

December 16, 2003

RE: LEGAL SERVICES, RESEARCH OR ADVISE

Dear Mr. Hallinan:

My name is Derek Biggs. I am presently confined at Gardner
State Prison (NCCI). I am serving a 15-20 year sentence and upon
completion therein 15 years of probation. I was arrested on or a-
bout November 16, 1997. Recently, my criminal convictions were affirmed
(by the Appeals Court).

On or about October 10, 2003, Oral Arguements were presented; on
or about November 6, 2003, my attorney (assinged by CPCS) file for
further Appeal review. As you may already be aware, the SJC has been
conservative with their decisions and customarily follows suite with
the lower Courts. When and if this is the outcome I'll have to file
my writ pro se' something of which I have not the experience, nor
have I done before.

I sense my attorney and I may have failed to notice a viable
issue; for the reason I am indigent and lack a abundance of resources
I concluded that I needed to seek help. I am not a trained litigant,
nor are their any classes concerning freedom or law here at the in-
sitution; hence, the reason I am contacting your office is to re-
spectfully request if you or an availible assistant would invest
a critical eye to my trial transcript and briefs.

Sir, I wont waste your time nor the time or resources of your
organization both of which I consider of value. I am willing to
do the leg work i.e research and typing. If, Sir this is not your
organizations function of assistance can you be so kind to point
me in the right direction. Happy Holidays.

Thank you for your help.

Sincerely Yours,

_____

Derek Biggs
PO BOX 466
Gardner, Mass 01440

Exhibit 1

HARVARD DEFENDERS
AUSTIN HALL, RM 208
Harvard Law School
Cambridge, Mass 02138

December 16, 2003

RE: LEGAL ASSISTANCE/RESEARCH

To whom it may concern:

My name is Derek Biggs. I am currently confined at Gardner
State Prison. I am serving a 15-20 year sentence. I was arrest-
ed on or about November 16, 1997. Recntly, my criminal convic-
tion were affirmed (by the Appeals Court). See. enclosed

On or about November 6, 2003, my attorney (assigned by CPCS)
filed for further Appealate review. As you may know, the SJC has
been conservative with their decisions and customarily follows
suite with the lower courts and, when this happens I have to file
my writ pro se'.

I sense my attorney and I may have failed to notice a via-
ble issue; for the reason that I am indigent and after some fur-
ther consideration I concluded I needed to seek help. I am not
a trained litigant nor is any classes involing Law work. The
reason I am contacting your office is to ask if you or your stu-
dent body would invest a critcal eye with my trial transcripts
and briefs. I wont waste your or their valuable time; I am will-
ing to do reasearch and whatever else necessary. Happy Holidays.

Thank you for your help.

Respectfully Yours,

_____
Derek Biggs
PO BOX 466
Gardner, Mass 01440

Exhibit 1

Catholic Lawyers Guild (CLG)
One Union Street
Boston, Mass 02108

December 19, 2003

RE: LEGAL ASSISTANCE, RESEARCH OR ADVISE

To whom it may concern:

My name is Derek Biggs.  I am presently confined at Gardner
State Prison (NCCI).  I am serving a 15-20 year sentence and upon
completion of sentence 15 years of probation.  I was arrested on
or about November 16, 1997.  Recently, the Appealate Court af-
firmed my criminal convictions.

On or about October 10, 2003, Oral Arguements were present-
ed; on November 6, 2003, my attorney (assigned by CPCS) filed for
further Appealate review.  As you may already be aware, the SJC
has been conservative with their decisions and customarily fol-
lows the lower Courts.  When or rather if this may be the out-
come I'll have to file my writ pro se which I have no experience
in doing.

I sense my attorney and I may have failed to notice a via-
ble issue; for the reason I am indigent and lack resources, I
concluded I need help.  I am not a trained litigant, nor are
their any classes concerning freedom or law at this insitution;
hence, the reason I am contacting your office; respectfully
in need of assistance with my trial transcript and briefs.

Sir/Ma'm, I won't waste your time nor the time or resources
of your organization and staff both of which I consider of val-
ue.  I have never filed a writ-I am willing to do the legal work
research and typing.  I lack the trained eye.  If, sir this is
not your organizations function of aide or assistance can you be
so kind as to direct me were to seek help; and, by the way, CPCS
does not assign attornys to federal Court without very good is-
sues.  Happy Holidays.

Thank you for your help.

Respectfully Yours,

_____
Derek Biggs
PO BOX 466
Gardner, Mass 01440

Exhibit 1

Mr. John Fitzpatrick
The Harvard Prison Legal Assistance Project
Harvard Law School
1515 Mass Ave
Austin Hall, Room 107
Cambridge, Mass 02138

December 19, 2003

RE: CRIMINAL LEGAL ASSISTANCE, RESEARCH OR ADVISE

Dear Mr. Fitzpatrick:

My name is Derek Biggs. I am currently confined at Gardner
State Prison. I am serving a 15-20 year sentence and 15 years of
probation upon completion of said sentence. I was arrested on or
about November 16, 1997. Recently, my criminal conviction were
affirmed (by the Appeals Court).

On or about October 10, 2003, Oral Arguements were present-
ed; on or about November 6, 2003, my attorney (aasigned by CPCS)
filed for further Appealate review. As you are aware, the SJC is
selective with their decisions and have customarily followed the
lower Court. When or rather if I am denied further review I'll
have to file my writ pro se something which I 've never done. I
am not a trained litigant nor are their classes concerning law
at this insitution; hence, the reason I am contacting your of-
fice to request the assistance of you or your student staff to
invest a critical eye into my trial transcript and briefs.

Sir, I will not waste your time nor the time or resources
of your organization and staff of which I consider of value. I
am willing to do leg work; however, I don't what the Federal
Court is looking for nor do I have a command of the language.

If, Mr. Fitzpatrick you're not able to lend assistance to
me would you be so kind as to point me in the right direction.
Happy Holidays. By the way, Congradulations! on:"Prison Pro-
gram preseved."

Thank you for your help.

Sincerely Yours,

_____

Derek Biggs
PO BOX 466
Gardner, Mass 01440

Exhibit 1

UNIVERSITY OF AKRON (SCHOOL OF LAW)
Akron, OH 44325

December 23, 2003

RE: LEGAL ASSISTANCE OR DIRECTION

To whom it may concern:

My name is Derek Biggs. I am presently confined at Gardner State Prison.
I was arrested on or about November 16, 1997. On May 13, 2003, my criminal
trial commenced before Judge McEvoy and a Jury. On May 20 the guilty ver-
dicts were returned. On February 4, 2003 my Motion For a New Trial was de-
nied.

On November 6, 2003, my Attorney (assigned by the state) filed for fur-
ther Appealate review. Since, being incarcerated I have not practiced law nor
are their classes anymore on the subject; hence, the reason I am contacting
your school essentially to ask the following questions: 1.) Does your law
students assist prisoners' with their trial transcripts?

2.) If so, do you help prisoners' from Boston?

Lastly, Sir/Ma'm, I will not waste your time, nor the time or resources of
the school which I consider of value. Also, I am indigent; however, I do
have enough money to send my transcripts and brief for review-if postage is
cosidered a sticking point. Thank you and Happy Holidays.

Thank you for your help.

Very Truly Yours,

Derek Biggs
PO BOX 466
Gardner, Mass 01440

Exhibit 1

Coalation for Jewish Prison Service
1640 Rhode Island Ave
NW, Washinton DC 20036

January 20, 2004

RE: LEGAL ASSISTANCE REQUEST HELP WITH TRASCRIPT

To whom it may concern:

My name is Derek Biggs. I am currently confined at Gard-
ner State Prison. I was arrested on or about November 16, 19-
97. On May 13, 1999, my criminal trial began; on May 20, 19-
99 guilty verdicts were returned.

I was assigned by the state a Appealate Attorny who did file
for a New Trial which was denied. On November 6, 2003, my Ap-
peal was denied as well as my further Appealate review; hence,
the reasoning I am contacting your office/organization request-
ing your assistance.

I feel their are viable issues my attorney and I may have
over looked and, if you have a availible resources can I recieve
your help. I wont waste your valueable time or your resources.

Thank you for your help.

Very Truly Yours,

_____
Derek Biggs
PO BOX 466
Gardner, Mass 01440

Exhibit 1

CPCS
44 Bromfield Street
Boston, Mass 02108

February 11, 2004

RE: REQUEST FOR SCREENING

Derek Biggs
North Central Correctional Insitution
500 Colony Road
Gardner, Mass 01440-0466

To whom it may concern:

    My name is Derek Biggs.  Presently, I am confined at North
Central Corr. Inst.  I was arrested on November 16, 1997.  On
May 13, 1999, my criminal trial began with Judge Christine Mc-
Elvoy presiding with a jury.  On May 20, 1999 I was found guilty.

    For my Appeal, I was assigned counsel and, through counsel
we sought post-conviction relief and was denied relief at each
stage as follows: Motion for a New Trial; Consolidated Direct Ap-
peal and an Application for further Appealate Review.

    I did not receive a balanced trial, my prosecutor had her
way with me (on the stand), with all due respect-my trial at-
torney and my defense.  Given the opportunity to be screen I
feel their are viable issues.  I am contacting your office to
respectfully ask you to take the time to read this genuinely sin-
cere request for screening by attorny Edward Elliot.

Thank you for your consideration.

                                    Respectfully Yours,

                                    _____

                                    Derek Biggs

Exhibit 1

NAACP, LEGAL DEFENSE FUND
99 Hudson Street ., Suite 600
NY, NY 10013


March 7, 2004


Derek Biggs
North Central Correctional Insitution
500 Colony Rd.
Gardner, Mass 01440

RE: LETTER DATED: JANUARY 12, 2004


To whom it may concern:

        On January 12, 2004, I forwarded a letter requesting legal
assistance.   Todate, I have not recieved any response or a
questionire.   If possible, could you take a moment and find-out
weather my letter is being reviewed or forwarded to another a-
geny for review.


Thank you for your help.
        .

                                        Respectfully Yours,

                                        Derek Biggs

Exhibit 1

KARMAH
1420   16 street N.W.
Washinton, DC 20036

500 Colony Road
Gardner, Mass 01440
March 27, 2004

RE: LETTER DATED: JANUARY 26, 2004

As-Salamu 'Alakum:

My name is Derek Biggs.  On or about January 26, 2004, I
mailed to your office a letter dated: January 26, 2004.  See. en-
closed.  I am incarcerated and, I am writing all the muslim com-
munities asking for help.  Genuinely, Iwould appreciate (Insha'
Allah) any time and consideration you can lend and even if you
can post this in the masjid.

Thank you for your help.

Respectfully Yours,

Derek Biggs

Exhibit C

Exhibit 1

Brother Ahsan Shaikh
University of Chicago
School of Law
Chicago, IL 60637


March 28, 2004


Derek Biggs
PO BOX 466
Gardner, Mass 01440

RE: LEGAL AIDE/ADVICE


As-Salamu 'Alakum:

    Respected brother, my name is Derek Biggs.  I am currently
confined at Gardner Prison.  On or about February 2, 2004, I
mailed a letter dated: February 2, 2004 to your office seeking
legal advise or referral concerning my post-conviction remedies.

    Since, I am incarcerated I don't have employment opportun-
ities or online resources thus, I am writing as many fellow mus-
lim brothers' as well as Masjids asking for help (Insha'Allah).

    I would sincerely appreciate any time and consideration you
lend too my situation, even if, you pass this letter on to the
Masjid on Friday noon prayer,


Thank you for your help.


                                    Respectfully Yours,


                                    _____
                                    Derek Biggs

Exhibit 1

Mr. Omar Hassan Ali, Attorney at Law
6 Oakland Circle/Circuit
Winchester, Mass 01890


March 28, 2004


Derek Biggs (W#66551)
500 Colony Road
North Central Corr. Inst.
Gardner, Mass 01440-0466


RE: <u>LETTER DATED: FEBRUARY 2, 2004</u>


As-Salamu 'Alakum wa RamatuAllah:

    Respected brother, my name is Derek Biggs.  On or about Feb-
ruary 2, 2004, I mailed a letter dated: February 2, 2004, to your
office seeking legal advise or referral.

    Since, I am incarcerated I don't have employment or online
resources and, I am writing as many muslim brothers as well as
communities asking for there help (Insha'Allah).

    I would sincerely appreciate any time invested or considera-
tion you are able too lend, even if its passing on this letter on
Friday afternoon at the masjid.


Thank you for your help.


                                        Respectfully Yours,


                                        _____
                                        Derek Biggs
                                        PO BOX 466
                                        Gardner, Mass 01440-0466

Exhibit 1

Duke University, School of Law
Towerview and Science Dr.
BOX 90362
Durham, NC 27708-0362


April 4, 2004


Derek Biggs
North Central Corr. Inst.
500 Colony Rd.
Gardner, Mass 01400-0466

RE: LEGAL ASSISTANCE, ADVISE AND REFFERAL

To whom it may concern:

        Presently, I am confined at Gardner Prison.   I am contacting
you too inquire into weather your Law school program helps peo-
ple in prison with their post-coviction remedies and, if so,
would you invest in someone in another state?

        I am indigent; however, I am able to pay for my own post-
age (for my transcripts) if that is a issue.   Please advise.


Thank you for your help.


                                        Respectfully Yours,

                                        _____

Exhibit 1

Mr. Intisar Raeb
Yale University, School of Law
PO BOX 208215
New Haven, CT 06520-8215


April 4, 2004


Derek Biggs (W#66551)
North Central Corr. Inst.
500 Colony Rd.
Gardner, Mass 01440-0466

RE: LEGAL ASSISTANCE, ADVICE AND REFERRAL


As-Salamu 'Alakum:

        Respected brother, my name is Derek Biggs. Presently, I am
confined at Gardner.  On November 16, 1997 I was arrested.  On
May 13, 1999, my trial proceeded before Judge McEvoy and a Jury.
On May 20 the jury returned with guilty verdicts.

        I am contacting you to inquire into weather your Law school
program helps people in prison and, if so, would you assist some-
one at such a distance?

        I am indigent; however, I am able to pay for my own post-
age if that is a issue.  Please advise.


Thank you for your help.


                                        Respectfully Yours,

                                        _____

Exhibit 1

UNIVERSITY OF CONNECTICUT, School of Law
55 Elizabeth Street
Hartford, CT 06105

April 18, 2004

Derek Biggs (W#66551)
North Central Corr. Insit.
500 Colony Rd.
Gardner, Mass 01440-0466

RE: LEGAL ASSISTANCE, ADVICE AND REFERRAL

To whom it may concern:

    Presently, I am confined at Gardner Prison.   I am contract-
ing you too inquire weather or not your Law program helps pri-
soner's-by reading their transcripts (through selection) for post
conviction remedies.

    My Appeal from trial was denied; however, I received a pos-
itive leeter from CPCS Criminal Appealate Unit.   See. Enclosed.
They're willing to provide a opportunity if I can present a vi-
able issue.   Lastly, if you do consider investing in my case I am
able to supply postage for the transfer of my trial record.
Please advise.


Thank you for your help.

                                            Respectfully Yours,

                                            Derek Biggs

Enc.

Exhibit 1

Cornell University, School of Law
Myron Taylor Hall
Ithaca, NY 14853-4901


April 18, 2004


Derek Biggs (W#66551)
500 Colony Rd.
North Central Corr. Inst.
Gardner, Mass 01440-0466


RE: <u>LEGAL ASSISTANCE, ADVICE AND REFERRAL</u>

To whom it may concern:

        Presently, I am confined at Gardner Prison.  I am contact-
ing you too inquire weather or not your Law program helps pris-
soners'-by reading their transcripts (through seletion) for pos-
sible post-conviction remedies.

        My Appeal from trial was denied; however, I received a pos-
tive letter from CPCS Criminal Appeals Unit.  See. Enclosed.  If,
you do consider investing in me I am able to pay for postage.
Please advise.


Thank you for your help.


                                        Respectfully Yours,


                                        Derek Biggs


Enc.

Exhibit 1

Ms. Pamela Robillard Mackey
150 East Tenth Ave
Denver, Colorado 80203

500 Colony Road
Gardner, Mass
April 22, 2004

RE: LEGAL ASSISTANCE, ADVICE AND REFERRAL

Dear Ms. Mackey:

My name is Derek Biggs.  Currently, I am confined at North Central Corr. Inst.  I am contacting your office to inquire into weather your office screens for Pro-Bono cases.

My Appeal and Motion for a New Trial was denied; however, I wrote CPCS and, my letter must have convinced them enough to respond in a positive manner.  See. letter enclosed

CPCS, is willing to invest in my case if I can present a viable issue.  If, anyone at your firm can review my transcripts and/or my briefs I would greatly appreciate it.

If, not could you please refer me to someone with the staff and resources that perhaps can help me at this phase of my Post-Conviction proceedings.

Thank you for your help.

Respectfully Yours,

Derek Biggs

Enc.

Exhibit 1

Edward Elliot, Attorney at Law
TEN TREMONT STREET
Boston, Mass 02108


April 22, 2004


Derek Biggs, W66551
MCI Gardner
PO BOX 466
Gardner, Mass 01440-0466


RE: LETTER DATED: APRIL 12, 2004


Dear Mr. Elliot,

     On April 14, 2004, I received a letter dated: April 12,
2004 from Mr. David Nathason.  See. letter enclosed.  On Febru-
ary 11, 2004, I forwarded a letter of request for my case to be
screened for further Post-Conviction relief.

     Before, during and after reciept of letter dated: April 12,
2004, I wrote several Law firms, organizations and Law schools
seeking legal assistance, advice and any kind of referral.  See.
(just a few of these) letter's enclosed.

     The letter I received from CPCS is positive in many ways;
but,  it does not get me any closer to retaining your coveted
services or simply your valueable time to review my trial re-
cord.  Do you have any suggestion, options that I may explore or
anyone else I can write at CPCS with mention of source?  I will
patiently await word from you.


Thank you for your help.


                                        Respectfully Yours,


                                        Derek Biggs


Encl.

Exhibit 1

LAW OFFICE OF: Bernstein, Duncan, Lunt
William B. Vanlonkhuyzen and Norman Zalkind
65a. Atlantic Ave
Boston, Mass 02110

                          500 Colony Road
                          Gardner, Mass 01440
                          April 22, 2004

RE: LEGAL ASSISTANCE, ADVISE OR REFERRAL

To whom it may concern:

     My name is Derek Biggs.  Currently, I am confined at North
Central Corr. Inst.  I am contacting your office to inquire into
weather your office screens for Pro-Bono cases (involving pri-
soners')

     My Motion for a New Trial and consolidated Appeal was deni-
ed; however, I wrote CPCS and, my letter must have convinced them
enough to respond in a positive manner.  See. letter enclosed

     CPCS, is willing to invest in my case if I can present a
viable issue.  If, you firm does get involoved in prisoner liti-
gation I would greatly appreciate bringing my situation to their
attention.

     If, your organization does not get involed could you please
direct me to someone who perhaps can assist me (its' a second
shot and a breath of life for me).

Thank you for your help.

                                   Respectfully Yours,

                                   Derek Biggs

Enc.

Exhibit 1

Universiyt of Pennsylvania, School of law
3400 Chestnut Street
Philadelphia, PA 19104

500 Colony Road
Gardner, Mass 01440
April 25, 2004

RE: LEGAL ASSISTANCE, ADVISE AND REFERRAL

To whom it may concern:

My name is Derek Biggs.  Currently, I am confined at North
Central Correctional Insitution.  I am contacting your school
too inquire into whether your law school program assist pri-
soners' with their Post-Conviction phases.

I have found a agency that is willing to invest in my case
if I can present (to them) a viable issue.  However, I don't
know how to identify prejudical issues, never mind the ability
too articulate and present them.

If, you guys are not sweep away with finals or packing it in
for the summer I would really appreciate any help you can pro-
vide.  And by the way, I can pay for postage if that is a is-
sue.  Please advise.

Thank for your help.

Respectfully Yours,

Derek Biggs

Exhibit 1

Mr. David  J. Hallinan, Director/Attorny
Essex County Bar Association Advocates, Inc.
70 Washinton Str., Suite 106
Salem, Mass 01970-3524

April 27, 2004

RE: LETTER DATED: DECEMBER 16, 2003

Dear Mr. Hallinan:

My name is Derek Biggs.  Presently, I am confined at North
Central Correctional Insitution.  On December 16, 2003, I for-
warded a letter to your office dated: December 16, asking for
your help or referral.

Since, I last contacted your office CPCS responded to my re-
quest for counsel.  In their letter dated: April 14, 2004, they
impied a willingness to invest in my case if I can present a via-
ble issue.

However, I do not know how to identify specfic prejucial is-
sues.  Can you or someone in your agency assist me in the matter?
If, you are not able too assist me can you point me in the right
direct?

Thank you for your help and attention in this matter.

Respectfully Yours,

Derek Biggs
PO BOX 466
Gardner, Mass 01440

Enc

Exhibit 1

Dr. Salahuddin Soltan, President
Islamic American University
17300 W.  10 Mile Rd., Suite 200
Southfield, MI  48075

April 27, 2004

RE: LETTER DATED: DECEMBER 4, 2003

Brother Soltan, As-salamu 'Alaikum:

My name is Derek Biggs.  Presently, I am confined at North Cen-
tral Correctional Insitution.  On December 4, 2003, I forwarded
a letter dated: December 4, 2004 ask you for help.

Since, I last contacted your office CPCS has responed too my re-
quest for counsel.  In their letter dated: April 14, 2004, they
imply a willingness to  invest in my case if, I am able to pre-
sent a viable issue.

However, I do not know how to identify specific prejudical is-
sues, never mind articulate them in a motion or present them
orally in open court.  Can you (Insha'Allah) help me sir by pass-
ing my letter along to to someone in the community who is a at-
torney or has ties to a law program or firm.

Thank you for your help.

Very Truly Yours,

Derek Biggs
PO box 466
Gardner, Mass 01440-0466

Enc.

Exhibit 1

University of California-Los Angeles
School of Law
71 Dodd Hall
PO BOX 951445
Los Angeles, Ca 90095-1445

500 Colony Road
Gardner, Mass 01440
May 1, 2004

RE: LEGAL ASSISTANCE, ADVISE AND REFERRAL

To whom it may concern:

My name is Derek Biggs.  Presently, I am confined at North
Central Correctional Insitution.  I am contacting your office
in order too inquire into whether your Law Program assist Pri-
soners' with phases of their Post-Conviction.

I have found a agency that is willing too invest in my case
if I can present (to them) a viable issue.  However, I don't know
how to identify prejudical issues or present them.

If, you guys are not sweep away with finals or packing-up
books for the summer I would really appreciate some help with
my trial record.  Pease advise.

Thank you for your help.

Respectfully Yours,

Derek Biggs

Enc.

Exhibit 1

Brigham Yooung University (J. Reuban CLA)
School of Law
340 JRCB
Provo, UT 84602


                                        500 Colony Road
                                        Gardner, Mass 01440
                                        May 10, 2004


RE: LEGAL ASSISTANCE, ADVISE AND REFERRAL


To whom it may concern:

     My name is Derek Biggs.  Presently, I am confined at North
Central Correctional Insitution.  I am contacting your school too
inquire whether your Law Program assist (out of state) prisoners'
after they're convicted.

     I have located a agency that is willing to invest in my case
once I can present a issue.  However, I do not know how to pick
out prejudical issues, is their any way you can help me or re-
fer me to a agency that can?  Please advise.


Thank you for your help.


                                   Respectfully Yours,

                                   Derek Biggs



Enc.

Exhibit 1

J. Dean Carro, Director, APPELLATE REVIEW OFFICE
Attorney at Law
The University of Akron
Akron, OH 44325-2901

                                        500 Colony Road
                                        Gardner, Mass 01440
                                        May 11, 2004


RE: LEGAL ASSISTANCE, ADVICE OR REFERRAL


Dear Mr. Carro:

        My name is Derek Biggs.  Presently, I am confined at North
Central Correctional Insitution.  On December 23, 2003, I forward
ed a letter of request for legal assistance.  In response (to my
letter), I received a letter dated: December 30, 2003 (from you).

        I am contacting you too request for help (once again), only
this time their is a agency willing to invest in my case if I
can present a issue.  See. letter enclosed.

        Mr. Carro, can you help me or ask someone in your office
perhaps, can they assist me, I will not waste anyones valueable
time.  Please advise.


Thank you for your help.


                                        Respectfully Yours,

                                        Derek Biggs

Enc.

Exhibit 1

Ms. Denise Simonini, Attorney at Law
Private Counsel Division
44 Bromfield Street
Boston, Mass 02108-4909


                                        May 19, 2004


RE: REQUEST FOR SCREENING


Dear Ms. Simonini:

        My name is Derek Biggs.  Presently, I am confined at North
Central Correctional Insitution.  On or about February of this
year I wrote your organization requesting for my Criminal case to
be screened by Attorny Edward Elliot (who, by the way, said he is
more than willing too review my case if asigned).

        On April 14, 2004, I received a letter dated: April 12 in
response to my letter of request.  My first thought was this is a
step in the right direction; but then, I concluded (with all due
respect) if I did have funds' or expertise I would not have con-
sidered contacting this agency.

        I have read and searched my transcript only to become em-
brassed, frustrated and stumped.  Futhermore, because of the
nature of my case no "legal begals" want to get involved.   I
respectfully request once again can my case be screened by Mr.
Elliot or yourself.  Please advise.


Thank you for your help.


                                        Sincerely Yours,


                                        _____
                                        Derek Biggs
                                        PO BOX 466
                                        Gardner, Mass 01440


Enc.

Exhibit 1

Islam Foundation of America
6606 Electronic Drive
Springfield, Va 22151


                                        May 25, 2004


                    HOLY QURAN: 13:28

            "...Verily, in the remembrance of ALLAH
                  do hearts find rest..."


RE: LETTER DATED: MARCH 30, 2004


As-Salamu 'Alaikum:

        Respected brothers and sisters, my name is Derek Biggs.
Presently, I am confined at North Central Correctional Insitu-
tion.  On March 30, 2004, I sent a letter of request for as-
stince (INsha'ALLAH).  Once again, if their is someone in the
community who is legally train could you ask them Insha'ALLAH
can he/she help me with my trial record.  I have located a
agency willing to help me if I can present a viable issue.  See.
letter enclosed.


Thank you for your help.



                                Respectfully,


                                _____
                                Derek Biggs
                                PO BOX 466
                                Gardner, Mass 01440


Enc.

Exhibit 1

Masjid AL-NOUR, IMAM Abdbul Badeen
28 Circuit Street
Roxbury, Mass 02119

                                        May 30, 2004


RE: LETTER DATED: NOVEMBER 10, 2003


Dear Brother Imam:

     My name is Derek Biggs.  Presently, I am confined to North
Central Correctional Insitution.  On November 10, 2003, I for-
warded a letter to you as well as the community requesting help
with my transcripts (INsha'ALLAH).

     Brother Imam, I have wrote several Law Schools, Law Firms
and Organizations only to be left frustrated simply cause no-one
wants too invest time or respond.

     On April 14, 2004, I received a letter from a Mr. Nathson
of CPCS which in my opinion implies they're willing to invest in
my case if I can present a viable issue.  Do you know of any-
one in the community who is a trained litigator whom is will
help me?  Insha'ALLAH, I hope to hear from you soon.


Thank you for your help.


                              Respectfully Yours,


                              _____
                              Derek Biggs
                              PO BOX 466
                              Gardner, Mass 01440


Enc.

Exhibit 1

Mr. Edward Eliot, Attorney at Law
10 Tremont Street
Boston, Mass 02108

September 5, 2004

RE: <u>FLAT RATE</u>

Dear Mr. Eliot:

    My name is Derek Biggs.  I am a friend of David Minor,  Pre-
sently, I am confined at North Central Correctional Insitution.
I am contacting your office seeking a flat rate to review my en-
tire trial record with briefs for any issues which were not (al-
ready) raised prior to my filing a Writ for Habeas Corpus.  And,
by the way, should I file a Memorandum with the writ?
Please advise.

Thank you for your help.

                                        Respectfully Yours,

                                        _____
                                        Derek Biggs
                                        PO BOX 466
                                        Gardner, Mass 01440

Exhibit 1

Mr. Robert Jubinville, Attorney at Law
487 Adams Street
Milton, Mass 02186

September 5, 2004

RE: FLAT RATE

Dear Mr. Jubinville:

My name is Derek Biggs. Presently, I am confined at North
Central Correctional Insitution. I am contacting your office
seeking a flat rate and/or fee to review my entire trial tran-
scripts with briefs for any issues which were not raised prior to
my filing a Writ for Habeas Corpus. Please advise.

Thank you for your help.

Respectfully Yours,

Derek Biggs
PO BOX 466
Gardner, Mass 01440



**Exhibit 2**

**Legal Clinic/Appellate Review Office**

School of Law
Akron, OH 44325-2901

(330) 972-7751  Office
(330) 972-6326  Fax

December 30, 2003

Mr. Derek Biggs, #W66551
P.O. Box 466
Gardner, MA 01440

Dear Mr. Biggs:

I received your letter dated December 23, 2003, in
which you requested assistance.  Unfortunately, I am
not in a position to assist you at this time.  Due to
a heavy workload, I simply cannot devote any resources
to your request.  I am, therefore, returning your
letter to you.

Sincerely,

J. Dean Carro
Attorney at Law
DIRECTOR, APPELLATE REVIEW OFFICE

jdc/ld

Enc.

Exhibit 2

# The North Carolina Center
# on Actual Innocence

PO Box 52446, Shannon Plaza Station, Durham, NC 27717-2446

**The Innocence Projects at the Law Schools of
Duke University, UNC-Chapel Hill, NC Central University & Campbell University**

Thursday, April 08, 2004

Dear Sir:

Thank you for your letter. We are sorry we cannot reply to you personally. Unfortunately, we are unable to assist you. Because of the large volume of requests we receive from inmates, we can handle only North Carolina convictions.

You may wish to contact the Prisoner Legal Services organization in your state.

If you are claiming actual innocence, you may want to contact the Innocence Project for the state in which the crime took place. You can find that address through law schools in the state or a family member could look for you on the internet: www.innocenceproject.org . Go to "Links" and then "Other Projects by State".

In addition, a national Innocence Project that focuses on cases in which DNA evidence exists can be reached at:

Innocence Project, Inc.
100 Fifth Avenue, 3rd Fl.
New York, NY 10011

We are sorry we cannot be of assistance to you.

Sincerely,

**North Carolina Center on Actual Innocence**

Exhibit 2



*The Commonwealth of Massachusetts*
*Committee for Public Counsel Services*
*44 Bromfield Street, Boston, MA 02108*

**WILLIAM J. LEAHY**
CHIEF COUNSEL

TEL: (617) 482-6212
FAX: (617) 988-8495

**PATRICIA A. WYNN**
DEPUTY CHIEF COUNSEL
PRIVATE COUNSEL DIVISION

**ANDREW SILVERMAN**
DEPUTY CHIEF COUNSEL
PUBLIC DEFENDER DIVISION

April 12, 2004

Mr. Derek Biggs, W66551
MCI Gardner
P.O. Box 466
Gardner, MA 01440

Dear Mr. Biggs,

Please tell me what issues you think should be raised in a motion for a new trial (or other challenge to your conviction or sentence). Once you respond, CPCS can evaluate your request for counsel. Please be advised that CPCS policy is that where a direct appeal has recently been denied (as is your case), CPCS will defer to the opinion of appellate counsel as to whether counsel should be assigned for a motion for a new trial, petition for certiorari or petition for a writ of habeas corpus

I am copying Attorney Sushelsky on this letter so that she can be aware of your request and advise me of her opinion.

The door is not completely closed if you are not able to identify issues that should be reviewed for a challenge to your conviction or sentence. For example, if new evidence comes to light or there is a change in the law that should benefit you, please feel free to contact me in the future. You are of course free to proceed pro se. Good luck to you.

Very truly yours,

David Nathanson
Staff Attorney
Criminal Appeals Unit
Private Counsel Division

cc:    Attorney Maxine Sushelsky
       P.O. Box 382427
       Cambridge, MA 02238-2427

*Ro'd April 26, by*

Exhibit 2

# CORNELL  LEGAL AID
## CORNELL LAW SCHOOL
**Myron Taylor Hall**
**Ithaca, New York  14853-4901**
**(607) 255-4196**

### June E. Gee, Clinic Administrative Director

**Glenn G. Galbreath**                                    **JoAnne M. Miner**
**Barry Strom**                                                **Bob Sarachan**

April 21, 2004

Derek Biggs
W#66551
500 Colony Rd.
North Central Cor. Inst.
P.O. Box 466
Gardner, MA 01440-0466

Dear Mr. Biggs,

In answer to your letter dated April 18, 2004, we regret to inform you that the Cornell Legal Aid Clinic cannot assist you as it is limited to helping low-income Tompkins County, NY residents who have problems of a civil nature.

The Cornell Legal Aid Clinic accepts limited cases in the fall and spring semesters.  The clinic then provides law students with the chance to engage in supervised practices of law under the direction of experienced attorneys.  Most clinic cases pertain to housing, governmental benefits, consumer problems or family law.

We do appreciate you writing to us and you may wish to contact the Western Massachusetts Legal Services, Inc. at 127 State St., Springfield, MA 01103-1944.  By phone at (413) 781-7814.

Sincerely,
CORNELL LEGAL AID

June Gee
Administrative Director



# VANDERBILT LEGAL CLINIC

Vanderbilt University Law School
131 21st Avenue South, Suite 119
Nashville, TN 37203-1181

Exhibit 2

(615) 322-4964
FAX (615) 343-6562

May 11, 2004

Mr. Derek Biggs
# 66551
P. O. Box 466
Gardner, MA 01440-0466

Dear Mr. Biggs:

The Vanderbilt Legal Clinic has received your request for legal assistance. Unfortunately, we will not be able to help you. The Legal Aid Society is staffed by students and our time is, necessarily, limited. Therefore, we are unable to take every case which might be deserving of assistance, do legal research or give legal advice.

I am sorry that we are unable to assist you. Best of luck in pursuing your case.

Sincerely,

Susan L. Kay
Attorney

SLK/gpb

# **ALI & ZHANGABYLOVA**

Exhibit 2

67 BATTERYMARCH STREET, SUITE 400
BOSTON, MASSACHUSETTS 02110-3204
TEL (617) 227-3080
FAX (617) 338-1923

OMAR H. ALI
oha@alizhangabylova.com

May 26, 2004

Mr. Derek Biggs, W66551
MCI Gardner
P.O. Box 466
Gardner, MA 01440

VIA REGULAR MAIL

### Re: Your letters dated 2/2/2004, 3/28/2004, 5/25/2004.

Dear Mr. Biggs:

Wa alaikum as-salaam. I am in receipt of your letters dated February 2, 2004, March 28, 2004, and May 25, 2004, in which you request assistance in reviewing your trial transcripts.

My practice principally involves immigration and immigration litigation matters. I do engage in some civil and criminal litigation matters; however, my appellate experience is very limited. Therefore, I do not believe that I am competent to review your trial transcripts for issues that should be raised to challenge your conviction or sentence.

That said, I will do my best to locate another attorney who is experienced in post-conviction review, and who is willing to get involved in your case on a *pro bono* basis. I also suggest that you send a copy of your file to Attorneys David Nathanson and Maxine Sushelsky at CPCS (if you have not done so already), since they are probably very experienced in appellate matters, and since they have already expressed some interest in your case.

Please feel free to contact me with any further questions that you may have.

Very truly yours,

Omar H. Ali

Exhibit 2

## Essex County Bar Association Advocates, Inc.
Ten Federal Street
Salem, Massachusetts 01970

Telephone (978) 744-7092                                                                          Fax (978) 741-7415

June 2, 2004

Mr. Derek Biggs
P. O. Box 466
Gardner, MA 01440

Appeal assistance

Dear Mr. Biggs:

We do not provide counsel for appeals. The Committee For Public
Counsel Services, by statute, is mandated to provide counsel on all matters that
are on appeal. You need to communicate with Attorney David Nathanson,
Criminal Appeals Unit.

I am assuming that your conviction resulted from a trial in
Middlesex County. If that is the case, you should also communicate with
Middlesex Defenders, 40 Thorndike Street, Cambridge, MA 02138. You could
request counsel be appointed to review the transcript for error.

Very truly yours,

David J. Hallinan
Director/Supervising Attorney



Exhibit 2

**Legal Clinic/Appellate Review Office**

School of Law
Akron, OH 44325-2901

330-972-7751 Office
330-972-6326 Fax

June 7, 2004

Mr. Derek Biggs, #W66551
P.O. Box 466
Gardner, MA 01440-0466

Dear Mr. Biggs:

I received your letter postmarked May 17, 2004, in
which you requested assistance. Unfortunately, I am
not in a position to assist you at this time. Due to
a heavy workload, I simply cannot devote any resources
to your request. I am, therefore, returning your
letter to you.

Sincerely,

J. Dean Carro
Attorney at Law
DIRECTOR, APPELLATE REVIEW OFFICE

jdc/ld

Enc.

Exhibit 2



*The Commonwealth of Massachusetts*
*Committee for Public Counsel Services*
*44 Bromfield Street, Boston, MA 02108*

**WILLIAM J. LEAHY**
CHIEF COUNSEL

TEL: (617) 482-6212
FAX: (617) 988-8495

**PATRICIA A. WYNN**
DEPUTY CHIEF COUNSEL
PRIVATE COUNSEL DIVISION

**ANDREW SILVERMAN**
DEPUTY CHIEF COUNSEL
PUBLIC DEFENDER DIVISION

July 12, 2004

Mr. Derek Biggs, W66551
MCI Gardner
P.O. Box 466
Gardner, MA 01440

Dear Mr. Biggs,

I apologize for the delay in responding to your letter dated May 19, 2004. I understand your frustration in not being able to identify issues for review. I do not need a legal memo or any kind of legal analysis from you. What I need you to tell me is what you think is wrong with your case. The things that Appeals Court already dealt with cannot be raised again. But if there are other things that you think are wrong (ineffective assistance, new evidence, etc.) please tell me what those things are. Try to give me the details and try to do it clearly. Please take your time and try to give me your best response. Good luck to you.

Very truly yours,

David Nathanson
Staff Attorney
Criminal Appeals Unit
Private Counsel Division

# TESTA, HURWITZ & THIBEAULT, LLP

ATTORNEYS AT LAW

Exhibit 2

OFFICE (617) 248-7000

125 HIGH STREET
BOSTON, MASSACHUSETTS 02110-2704

FAX (617) 248-7100

July 16, 2004

**By First Class Mail**

Derek Biggs
North Central Correctional Institute
500 Colony Road
P.O. Box 466
Gardner, MA 01440

RE:     New England Innocence Project

Dear Mr. Biggs:

Thank you for contacting us. Unfortunately, we are unable to take your matter into consideration, and I am returning to you all information you sent to us regarding your case.

The New England Innocence Project's mission is focused on matters in New England where a wrongful conviction can be overturned by pursuing DNA testing of existing biological evidence. Because biological evidence does not appear to be a factor in your case, your case will not be assigned to a NEIP network attorney. If this assessment of your situation is incorrect and you are aware of existing biological evidence from your case, please supplement your information with details of the current status of this existing biological evidence and how it relates to your case.

We will continue to treat all information received from you, and obtained during the course of our review, as confidential and subject to the attorney-client privilege. Enclosed is a list of local agencies who you might consider contacting regarding your claim of innocence. We are sorry we are unable to assist you, but hope that you find other assistance in successfully pursuing your claim of innocence.

Sincerely,

NEIP Intake Coordinator

3091997

# ROBERT L. JUBINVILLE



**Board Certified**
**Criminal Trial Specialist**

Exhibit 2

**COUNSELOR AT LAW**
487 ADAMS STREET
MILTON, MASSACHUSETTS, 02186
TEL (617) 698-8000 • FAX (617) 698-8004
TOLL FREE (800) 828-9010
www.jubinvilledefense.com

Other Locations

Boston, MA
Cape Cod & The Islands
Northampton, MA

August 20, 2004

Derek Biggs
P. O. Box 466
Gardner, MA  01440

Dear Mr. Biggs:

I received your letter dated September 5, 2004.

Unfortunately, at present I do not have the time to be able to take on any new cases. I
wish you the best of luck.

Very truly yours,

Robert L. Jubinville

RLJ:pf

The National Board of Trial Advocacy is a private organization whose
standards are not regulated by the Commonwealth of Massachusetts

Exhibit 2



*The Commonwealth of Massachusetts*
*Committee for Public Counsel Services*
*44 Bromfield Street, Boston, MA 02108*

TEL: (617) 482-6212
FAX: (617) 988-8495

**WILLIAM J. LEAHY**
CHIEF COUNSEL

**PATRICIA A. WYNN**
DEPUTY CHIEF COUNSEL
PRIVATE COUNSEL DIVISION

**ANDREW SILVERMAN**
DEPUTY CHIEF COUNSEL
PUBLIC DEFENDER DIVISION

January 31, 2005

Mr. Derek Biggs, W66551
MCI Gardner
P.O. Box 466
Gardner, MA 01440

Dear Mr. Biggs,

I apologize for the delay in responding to your letters dated October 27 and November 8,
2004. I need more detail to evaluate your allegation about the problem with the evidence
being insufficient to support the theory of rape based on tongue penetration. Obviously,
this theory would not matter if the prosecutor never asked the jury to convict you of rape
based on the tongue penetration theory. In addition, if the judge never instructed the jury
that they could convict of rape based on tongue penetration, there is no problem. Please
send me a copy of the transcript prosecutor's closing and judge's instructions so that I
can evaluate your claims.

Good luck to you.

Very truly yours,

David Nathanson
Staff Attorney
Criminal Appeals Unit
Private Counsel Division