UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEREK BIGGS,<br>    Petitioner,<br><br>    v.<br><br>KATHLEEN M. DENNEHY, COMMISSIONER<br>FOR THE MASSACHUSETTS DEPARTMENT<br>OF CORRECTION FOR THE COMMONWEALTH<br>OF MASSACHUSETTS,<br>    Respondent, | CIVIL ACTION NO.<br>2005-CV-10503-JLT |

PETITIONER, DEREK BIGGS' MOTION FOR RESPONDENT
TO PRODUCE RELEVANT PORTIONS OF TRIAL TRANSCRIPTS
AND RELEVANT PORTIONS OF STATE COURT RECORD, PURSUANT
TO RULE 5, OF THE RULES GOVERNING SECTION 2254 CASES
IN THE UNITED STATES DISTRICT COURT

Now comes the Petitioner, Derek Biggs in the above-entitled habeas corpus proceeding, who hereby moves this Honorable Court, pursiant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Court to order the Respondent to produce to thie Honorable Court, the volumes of the Trial Transcripts at Petitioner's trial and other relevant court documents or records needed to resolvethe Respondent's Motion to Dismiss, the Petitioner's Opposition to the Motion to Dismiss, Petitioner's Request for Stay

-1-

of Habeas Corpus Proceedings and Petitioner's Request for the Apppointment of Counsel on the grounds that said requested Trial Transcripts and other documents are relevant and would assist this Honorable Court in consideration of the issues presented by both parties, and since numerous references to the state court record has been cited in the Petitioner's pleadings and it is the duty of the Respondent to produce the relevant portions of the state court record, pursuant to the aformenioned Rule 5, of the Rules Governing Section 2254 Cases in the United States District Court.

    WHEREFORE, the Petitioner prays that this Honorable Court allow the relief sought herein this motion and order the Respndent to produce the relevant portions of the state court record to this Honorable Court.

                              Respectfully submitted,

                              *Derek Biggs*
                              Derek Biggs, pro se
                              North Central Correctional Institution
                              500 Colony Road - P.O. Box 466
                              Gardner, MA. 01440

DATED: JULY 26, 2005
      GARDNER, MA.

CERTIFICATE OF SERVICE

    I, Derek Biggs, do hereby certify under the pains and penalties of perjury this 26th day of July, 2005, that I served a true copy of this document upon the Respondent, by mailing a copy of the same, postage prepaid to Respondent's attorney of record, David M. Lieber, Esq., Assistant Attorney General for the Commonwealth of Massachusetts, Criminal Bureau, One Ashburton Place, Boston, MA. 02108.

Derek Biggs, pro se
North Central Correctional Institution
500 Colony Road - P.O. Box 466
Gardner, MA. 01440