Derek Biggs - W-66551
North Central Correctional Institution
500 Colony Road - P.O. Box 466
Gardner, MA. 01440

August 6, 2005

David M. Lieber, Esq., Assistant Attorney General
 for the Commonwealth of Massachusetts,
Office of the Attorney General,
Criminal Bureau
One Ashburton Place
Boston, MA. 02108

    Re:  Derek Biggs v. Kathleen M. Dennehy,
        Civil Action No. 2005-CV-10503-JLT

Dear Mr. Lieber:

    I received a copy of the state court record from you today, entitled Supplemental Answer". However, I noticed that the relevant Trial Transcripts and other state court records have not been filed, as per the order of the court. Will these documents, trial transcripts be forthcoming at a future date or is there any problem with obtaining the state court record, transcripts, etc., other than the materials already filed by you? The reason as to this question is that, what I believe is the new criteria under Rhines v. Weber, since I have attempted to outline the issues for the court to meet that requirement, I believe that it would be helpful for the court to have the trial transcripts and any other levant documents to meet the requirement of a meritorious issue.

    Thank you for your kind attention to these matters, I will be waiting for your reply.

                                   Sincerely,
                                   Derek Biggs

DB/bn
c.c.: Sarah Allison Thornton, Clk. U.S. Dist. Ct.;
     files