UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DEREK BIGGS, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 05-10503-JLT |
| | * | |
| KATHLEEN M. DENNEHY, | * | |
| | * | |
| Respondent. | * | |

ORDER

March 30, 2006

TAURO, J.

This court hereby orders that:

1.    Pursuant to the Report and Recommendation [# 19] adopted by this court on

February 27, 2006, Respondent's Motion to Dismiss [# 4] is ALLOWED for

Petitioner's failure to withdraw the unexhausted claims from his Complaint.

IT IS SO ORDERED.

_____/s/ Joseph L. Tauro_____
United States District Judge