# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

 **Derek Biggs**
          **Petitioner**

                                                   **CIVIL ACTION**

                    **V.**
                                                   **NO. 05-cv-10503 JLT**

 **Kathleen M. Dennehy**
          **Respondent**


## JUDGMENT

  **Tauro, D. J.**


In accordance with the Court's Order dated March 30, 2006 adopting the Magistrate Judge's Report and Recommendation of February 9, 2006, granting the respondent's Motion to Dismiss, it is hereby ORDERED:

                    Judgment for the **Respondent** .



                                        **By the Court,**


 **June 12, 2006**                       **/s/ Kimberly M. Abaid**
          **Date**                          **Deputy Clerk**


(R&R Judgment.wpd - 12/98)